# Birmingham Mineral Railway Co. v. Stobert.

APPEAL from the Birmingham City Court.

Tried before the Hon. H. A. SHARPE.

THOS. G. JONES, for appellant.

ARNOLD & EVANS, *contra.*

This was an action brought by the appellee against the appellant to recover damages for the alleged negligent killing of a horse by the defendant. There was judgment for the plaintiff and defendant appeals. Affirmed. *Held:* That the statute of limitations applicable to an action of this kind was one year, and this is true whether the amount in controversy was between $50 and $100 or more than $100.

Opinion by McCLELLAN, J.